**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

ANDREW J. MITCHELL,
    Plaintiff,

    v.

PANDIT LAW FIRM, LLC,
    Defendant.

United States Courts
Southern District of Texas
**F I L E D**

**APR 17 2026**

Nathan Ochsner, Clerk of Court

Civil Action No. 3:26-cv-00095
Judge Jeffrey V. Brown
Magistrate Judge Andrew M. Edison

**PLAINTIFF'S FIRST AMENDED COMPLAINT**
(Amended to Establish Diversity Jurisdiction — LLC Citizenship)

**PRELIMINARY STATEMENT**

Plaintiff Andrew J. Mitchell, pro se, files this First Amended Complaint pursuant to the Court's Order requiring Plaintiff to identify the citizenship of Defendant Pandit Law Firm, LLC by alleging the identity and domicile of its member(s). This amendment is limited solely to correcting the jurisdictional deficiency identified by the Court. All other allegations of the original Complaint are incorporated herein by reference and remain unchanged.

**PARTIES**

**A. Plaintiff**

1.    Plaintiff Andrew J. Mitchell is a natural person domiciled in the State of Texas. Plaintiff is the sole member of Mitchell Adjusting International, LLC ("MAI"), a Texas limited liability company with its principal place of business at 1500 Marina Bay Drive, Ste. 122A, #3475, Clear Lake Shores, Texas 77565. For diversity purposes, Plaintiff is a citizen of Texas.

**B. Defendant**

2.    Defendant Pandit Law Firm, LLC is a limited liability company organized and operating in the State of Texas, with its principal place of business at 2700 Post Oak Blvd., Floor 21, Houston, Texas 77056, and a Louisiana office at Hancock Whitney Center, 701 Poydras Street, Suite 3950, New Orleans, Louisiana 70139.

3.    The citizenship of a limited liability company is determined by the citizenship of its members. See Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077, 1080 (5th Cir. 2008). Upon information and belief based on publicly available information, the sole *member of*

Pandit Law Firm, LLC is Rajan "Raj" Pandit, an individual.

4. Rajan Pandit is a natural person. He is a Louisiana native who has publicly described himself as having deep personal roots in Louisiana, having been displaced from his Louisiana home by Hurricane Katrina and again by Hurricane Ida. Upon information and belief, Rajan Pandit is domiciled in the State of Louisiana, where he resides and intends to remain. Rajan Pandit is therefore a citizen of Louisiana for diversity purposes.

5. Because Pandit Law Firm, LLC's sole member, Rajan Pandit, is a citizen of Louisiana, Pandit Law Firm, LLC is a citizen of Louisiana for purposes of 28 U.S.C. § 1332.

## JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction under 28 U.S.C. § 1332(a) (diversity of citizenship). Plaintiff is a citizen of Texas. Defendant Pandit Law Firm, LLC is a citizen of Louisiana through its sole member Rajan Pandit. Complete diversity exists between the parties.

7. The amount in controversy exceeds $75,000, exclusive of interest and costs. The total amount owed by Defendant to Plaintiff is $217,822.00 in unpaid public adjusting fees as documented in the MAI Accounts Receivable Report.

8. Venue is proper in this District under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to Plaintiff's claims occurred in this District, including MAI's performance of adjusting services from its Texas office and Defendant's receipt and failure to disburse settlement proceeds owed to MAI's Texas address pursuant to executed Notices of Authorization.

## INCORPORATION OF ORIGINAL COMPLAINT

9. Plaintiff incorporates by reference all factual allegations, causes of action, and claims for relief set forth in the original Complaint in this matter. This First Amended Complaint is filed solely to cure the jurisdictional deficiency identified by the Court regarding the citizenship of Defendant Pandit Law Firm, LLC. No substantive allegations have been added, removed, or modified.

## CAUSES OF ACTION

Plaintiff reasserts all causes of action from the original Complaint, including but not limited to:

Count I — Breach of Contract (failure to honor MAI's NOA rights and pay earned fees);

Count II — Conversion (retention of settlement proceeds subject to MAI's superior contractual lien);

Count III — Unjust Enrichment (retention of benefit of MAI's services without compensation);

Count IV — Violation of Louisiana RS 22:1704 (statutory failure to honor NOA additional payee rights).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Andrew J. Mitchell respectfully requests that this Court:

    A.  Enter judgment against Defendant Pandit Law Firm, LLC in the amount of $217,822.00 in actual damages;

    B.  Award punitive damages for willful and intentional conversion of MAI's contractual fee rights;

    C.  Award attorney's fees and costs as provided by contract and Louisiana RS 22:1704;

    D.  Award pre- and post-judgment interest at the maximum legal rate;

    E.  Grant such other and further relief as this Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

_____

**Andrew J. Mitchell**
Pro Se Plaintiff
Jackson Parish Correctional Center
1828 Gansville Road
Jonesboro, Louisiana 71251

Date: April 14, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated above, the foregoing First Amended Complaint was filed with the Clerk of the United States District Court for the Southern District of Texas, Galveston Division, by depositing the same in the United States mail at Jackson Parish Correctional Center, Jonesboro, Louisiana, pursuant to Houston v. Lack, 487 U.S. 266 (1988). Service upon Defendant shall be effected by the U.S. Marshal pursuant to the Court's IFP Order and 28 U.S.C. § 1915(d).

_____

Andrew J. Mitchell

**Date:** April 14, 2026

**Clerk of Court**
United States District Court
Southern District of Texas, Galveston Division
601 Rosenberg, Room 411
Galveston, Texas 77550

**RE: Mitchell v. Pandit Law Firm, LLC, Case No. 3:26-cv-00095**
**Submission of First Amended Complaint**

To the Clerk:

I respectfully submit for filing the enclosed **First Amended Complaint**, which the Court ordered for the limited purpose of correcting the jurisdictional allegations regarding the citizenship of Defendant Pandit Law Firm, LLC.

Please note that I have **already submitted** the required **AO-440 Summons** and **USM-285 Form** for service on the sole defendant, Pandit Law Firm, LLC. Because the defendant has not changed, and this amendment is jurisdiction-only, **no new summons or USM-285 is required**. Please continue to use the previously submitted service documents when issuing the summons and forwarding materials to the U.S. Marshal pursuant to the Court's IFP Order.

Please docket this filing under the above-referenced case number.

Thank you for your assistance.

Respectfully submitted,

Andrew J. Mitchell
Jackson Parish Correctional Center
1828 Gansville Road
Jonesboro, Louisiana 71251
Pro Se Plaintiff